IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 1:16CR320-4 |
| Plaintiff, | ) |
| v. | ) JUDGE DONALD C. NUGENT |
| REAUNA PASS, | ) |
| Defendant. | ) |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the Northern District of Ohio hereby dismisses, without prejudice, the Indictment/Information/Complaint against Reauna Pass, defendant.

Justin E. Herdman
United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

Donald C. Nugent
United States District Judge

Date: June 7, 2019